# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-1039                                                   September Term, 2015

NLRB-37CA008316

Filed On: November 25, 2015 [1585426]

Hawaiian Dredging Construction Company, Inc.,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

International Brotherhood of Boilermakers Local 627,
       Intervenor

------------------------------

Consolidated with 15-1424

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

                                  FOR THE COURT:
                                  Mark J. Langer, Clerk

                    BY:   /s/
                                  Mayra L. Gallo
                                  Deputy Clerk